No. 85–1626. GOODMAN ET AL. *v.* LUKENS STEEL CO. ET AL.; and

No. 85–2010. UNITED STEELWORKERS OF AMERICA, AFL–CIO–CLC, ET AL. *v.* GOODMAN ET AL. C. A. 3d Cir. [Certiorari granted, *ante,* p. 982.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument denied.

No. 86–44. SHEARSON/AMERICAN EXPRESS INC. ET AL. *v.* McMAHON ET AL. C. A. 2d Cir. [Certiorari granted, *ante,* p. 812.] Motion of Bruce Cordray et al. for leave to file a brief as *amici curiae* granted.

No. 86–71. CTS CORP. *v.* DYNAMICS CORPORATION OF AMERICA; and

No. 86–97. INDIANA *v.* DYNAMICS CORPORATION OF AMERICA. C. A. 7th Cir. [Probable jurisdiction noted, *ante,* p. 810.] Motion of appellants for divided argument granted.

No. 86–98. RIVERA *v.* MINNICH. Sup. Ct. Pa. [Probable jurisdiction noted, *ante,* p. 960.] Motion of Oregon for leave to participate in oral argument as *amicus curiae* and for divided argument denied.

No. 86–130. ROCK *v.* ARKANSAS. Sup. Ct. Ark. [Certiorari granted, *ante,* p. 947.] Motion of Product Liability Advisory Council et al. for leave to file a brief as *amici curiae* granted.

No. 86–179. CORPORATION OF THE PRESIDING BISHOP OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS ET AL. *v.* AMOS ET AL.; and

No. 86–401. UNITED STATES *v.* AMOS ET AL. D. C. Utah. [Probable jurisdiction postponed, *ante,* p. 929.] Motion of the Solicitor General for divided argument granted, and the time is to be divided as follows: 15 minutes for appellants in No. 86–179 and 15 minutes for the Solicitor General in No. 86–401.

No. 86–234. McNALLY *v.* UNITED STATES; and

No. 86–286. GRAY *v.* UNITED STATES. C. A. 6th Cir. [Certiorari granted, *ante,* p. 1005.] Motion of petitioners for divided argument denied.